# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ANTHONY LEE ROBINSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 7:14cv00114 |
| v. | ) |
| | ) |
| SHERIFF WEISENBURGER, et al., | ) By:  Michael F. Urbanski |
| | )        United States District Judge |
|     Defendants. | ) |
| | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on August 4, 2015, recommending that defendants' motion to dismiss be granted and that this matter be dismissed because plaintiff fails to state a claim for which relief can be granted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that the report and recommendation (ECF No. 63) is **ADOPTED in its entirety**; that defendants' motion to dismiss (ECF No. 51) is **GRANTED**; and that this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to the pro se plaintiff and to counsel of record.

Entered:  August 24, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge